UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

JAMES LLAMAS,

                      Movant,

    -against-                                   16-cv-5028 (LAK)
                                                [95-cr-0864 (LAK)]

UNITED STATES OF AMERICA,

                      Defendant.

------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        On February 16, 2021, the Court issued an order directing movant's counsel (i) to provide it with information regarding a February 14, 1997 order denying movant's first motion pursuant to 28 U.S.C. § 2255 and (ii) to show cause why the instant 2255 motion should not be denied as moot because movant was released from Bureau of Prisons custody on January 19, 2018 and completed his term of supervised release on January 18, 2021.[1] The Court understands that counsel was attempting to get in touch with movant before responding to its order, which required a response by March 15, 2021. To date, however, no response has been filed.

        The 2255 motion (Dkt. 1) therefore is denied as moot. The clerk shall close the case.

        SO ORDERED.

Dated:    October 7, 2021

                                                                 Lewis A. Kaplan
                                                          United States District Judge

---

[1] Dkt. 8.